**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6304**

JOSEPH KENNETH NEWBOLD,

            Petitioner – Appellant,

      v.

PATRICIA STANSBERRY, Warden,

            Respondent – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, District Judge.  (1:08-cv-01266-LO-JFA)

Submitted:  September 29, 2009      Decided:  October 5, 2009

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Kenneth Newbold, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Kenneth Newbold, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Newbold v. Stansberry, No. 1:08-cv-01266-LO-JFA (E.D. Va. filed Jan. 12, 2009; entered Jan. 13, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED